Robert BOGARD and George Willis *v.* STATE of Arkansas

CR 91-106                                     820 S.W.2d 277

Supreme Court of Arkansas
Opinion delivered December 16, 1991

PER CURIAM. Appellants' attorney Clyde Lee is directed to appear before this court at 9:00 a.m. on January 13, 1992, to show cause why he should not be held in contempt of court for failure to timely file a brief in this case.